**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MICHAEL LARKIN**                                                    **PLAINTIFF**

**v.**                              **CASE NO.  2:26-CV-00053-BSM**

**DOLLAR TREE STORES, INC.**                                **DEFENDANT**
                                     **ORDER**

Michael Larkin's motion to remand [Doc. No. 6] is granted.  Larkin sued Dollar Tree for negligence in state court after he slipped and fell in one of its stores.  Larkin's complaint specifically seeks damages "not to exceed . . . $74,000."  Doc. No. 2.  Dollar Tree removed on the basis of diversity of citizenship and Larkin is requesting remand because his damages do not meet the amount in controversy requirement.  Doc. Nos. 1 and 6.

To successfully oppose Larkin's motion, Dollar Tree must prove that the jury might conclude that Larkin's damages exceed $75,000.  *Turntine v. Peterson*, 959 F.3d 873, 881 (8th Cir. 2020); *Hoffmann v. Empire Mach. & Tools Ltd.*, No. 4:10-CV-00201-NKL, 2010 WL 2216631, *2 (W.D. Mo. May 28, 2010).  The problem for Dollar Tree is that Larkin has not only represented in his complaint that his damages are less than $74,000 but he has also filed an affidavit to that fact.  *See* Doc. No. 8.  Dollar Tree's citation to a number of slip and fall cases in which juries have awarded more than $75,000 is well-taken, but this is not enough to overcome Larkin's complaint and sworn testimony.

IT IS SO ORDERED this 5th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE